UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>RICHARD D WOODHOUSE<br>JENNIFER WOODHOUSE<br>Debtor(s) | Case No. 11-19521 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/06/2011.

2) The plan was confirmed on 07/28/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/21/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/27/2014, 08/18/2014.

5) The case was dismissed on 09/26/2014.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $373,425.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,461.25 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $10,461.25

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,400.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $415.46 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,815.46

Attorney fees paid and disclosed by debtor:   $100.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABSOLUTE COLLECTION SERVICE | Unsecured | 1,222.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED OG GYN ASSOC | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| ALAN CHOW | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL CTR | Unsecured | 1,124.00 | NA | NA | 0.00 | 0.00 |
| ALPAT CO | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| AR CONCEPTS | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| ARMS INC | Unsecured | 2,634.00 | NA | NA | 0.00 | 0.00 |
| ATLAS PHYSICAL THERAPY | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| AUDIOLOGIC SERVICES LTD | Unsecured | NA | 351.29 | 351.29 | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 214.00 | 357.49 | 357.49 | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 701.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 14,641.00 | 16,318.82 | 16,318.82 | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 762.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| CITY OF PLANO | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CNAC GLENDALE HEIGHTS | Secured | 6,843.00 | 6,843.00 | 6,843.00 | 6,063.29 | 582.50 |
| COMCAST | Unsecured | 599.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 864.00 | 856.13 | 856.13 | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 591.00 | NA | NA | 0.00 | 0.00 |
| DENTISTRY FOR ALL AGES | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| EAR NOSE THROAT LTD | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE DERMATOLOGY | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY TREATMENT SC | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FFCC COLUMBUS INC | Unsecured | 693.00 | 692.12 | 692.12 | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| FIRST SOURCE ADVANTAGE | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| HAND SURGERY ASSOCIATES | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 1,165.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 7,000.00 | 88,869.60 | 88,869.60 | 0.00 | 0.00 |
| JAGAN VENKATESAN | Unsecured | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 4,499.00 | 6,146.28 | 6,146.28 | 0.00 | 0.00 |
| MAGES & PRICE | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,116.00 | 1,116.14 | 1,116.14 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 669.00 | 658.76 | 658.76 | 0.00 | 0.00 |
| MILLENIUM CREDIT CONSULTANT | Unsecured | 326.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 1,020.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE EAR NOSE & THROAT | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 889.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,175.00 | 1,095.95 | 1,095.95 | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,375.00 | NA | NA | 0.00 | 0.00 |
| PLANET FITNESS | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL CONSULTANTS | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 415.00 | 415.00 | 415.00 | 0.00 | 0.00 |
| T MOBILE | Unsecured | NA | 611.48 | 611.48 | 0.00 | 0.00 |
| TAKE CARE HEALTH ILLINOIS INC | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| TRU GREEN CHEM LAWN | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT | Unsecured | 63.00 | 62.54 | 62.54 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,843.00 | $6,063.29 | $582.50 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,843.00** | **$6,063.29** | **$582.50** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$121,551.60** | **$0.00** | **$0.00** |

| **Disbursements:** | | |
|---|---|---|
| Expenses of Administration | $3,815.46 | |
| Disbursements to Creditors | $6,645.79 | |
| **TOTAL DISBURSEMENTS** : | | **$10,461.25** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/26/2014         By: /s/ Glenn Stearns
                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**